# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Bernadette Scott,

                Plaintiff,     Case No. 23-10407

v.     Judith E. Levy
    United States District Judge

SCFR-HW-V, LLC,

    Mag. Judge Curtis Ivy, Jr.

                Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [11, 12]

The Court has reviewed Plaintiff's response to the Court's second order to show cause (ECF No. 11) and Plaintiff's motion for leave to amend the complaint. (ECF No. 12.) The Court strikes those documents for the following reason(s):

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☒ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☒ Other: Plaintiff's June 1, 2023 response appears to be identical to her April 10, 2023 response. (*Compare* ECF No. 6 *with* ECF No. 11.)

The documents (ECF Nos. 11, 12) are STRICKEN and not part of the record. The documents must be refiled in full compliance with the applicable rule(s) by **Tuesday, June 6, 2023**.

IT IS SO ORDERED.

Dated: June 2, 2023           s/Judith E. Levy
   Ann Arbor, Michigan      JUDITH E. LEVY
                                   United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 2, 2023.

s/Holly Ryan
In the absence of
WILLIAM BARKHOLZ
Case Manager
